JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY BAILEY, | ) | Case No. EDCV 14-1934-JLS (KK) |
|     Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| STU SHERMAN, et al., | ) | |
|     Respondents. | ) | |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: September 22, 2014

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1